**Official Form 1 (04/10)**

| **United States Bankruptcy Court** | **Voluntary Petition** |
|---|---|
| *WESTERN* DISTRICT OF *VIRGINIA* | |

| Name of Debtor (if individual, enter Last, First, Middle): <br> *Cosner, Daniel Lee* | Name of Joint Debtor (Spouse)(Last, First, Middle): <br> *Cosner, Krista Lee* |
|---|---|
| All Other Names used by the Debtor in the last 8 years <br> (include married, maiden, and trade names): <br> *NONE* | All Other Names used by the Joint Debtor in the last 8 years <br> (include married, maiden, and trade names): <br> *NONE* |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) Complete EIN <br> (if more than one, state all):  *2541* | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) Complete EIN <br> (if more than one, state all):  *6099* |
| Street Address of Debtor (No. and Street, City, and State): <br> *3141 Declaration Drive* <br> *Broadway VA*    ZIPCODE *22815* | Street Address of Joint Debtor (No. and Street, City, and State): <br> *3141 Declaration Drive* <br> *Broadway VA*    ZIPCODE *22815* |
| County of Residence or of the <br> Principal Place of Business:  *Rockingham* | County of Residence or of the <br> Principal Place of Business:  *Rockingham* |
| Mailing Address of Debtor (if different from street address): <br> *P. O. Box 279* <br> *Broadway VA*    ZIPCODE *22815* | Mailing Address of Joint Debtor (if different from street address): <br> *P. O. Box 279* <br> *Broadway VA*    ZIPCODE *22815* |
| Location of Principal Assets of Business Debtor <br> (if different from street address above):  *SAME* | ZIPCODE |

### Type of Debtor (Form of organization)
(Check **one** box.)

- ☒ Individual (includes Joint Debtors) <br> *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (if debtor is not one of the above entities, check this box and state type of entity below

### Nature of Business
(Check **one** box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

### Tax-Exempt Entity
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- ☒ Debts are primarily business debts.

### Chapter 11 Debtors:
**Check one box:**
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).
-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Filing Fee (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offi cial Form 3B.

### Statistical/Administrative Information

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Official Form 1 (04/10)**                                                                 **FORM B1, Page 2**

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): *Cosner, Daniel Lee and Krista Lee Cosner* |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: *NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: *NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td align="center"><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition</td>
<td align="center"><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____  *11/18/2010*<br>   Signature of Attorney for Debtor(s)      Date</td></tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☒ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Official Form 1 (04/10)                                                                                                    FORM B1, Page    3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *Cosner, Daniel Lee and* *Krista Lee Cosner* |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Cosner, Daniel Lee*
    Signature of Debtor

**X** */s/ Krista Lee Cosner*
    Signature of Joint Debtor

    Telephone Number (if not represented by attorney)

    *11/18/2010*
    Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    (Signature of Foreign Representative)

    _____
    (Printed name of Foreign Representative)

    11/18/2010
    (Date)

### Signature of Attorney*

**X** */s/ W. Stephen Scott*
    Signature of Attorney for Debtor(s)

    *W. Stephen Scott 14301*
    Printed Name of Attorney for Debtor(s)

    *Scott | Kroner, PLC.*
    Firm Name

    *P.O. Box 2737*
    Address

    *418 East Water Street*

    *Charlottesville VA   22902*

    *434-296-2161*
    Telephone Number

    *11/18/2010*
    Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

    _____
    Printed Name and title, if any, of Bankruptcy Petition Preparer

    _____
    Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)
    (Required by 11 U.S.C. § 110.)

    _____
    Address

X _____

    _____
    Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
    Signature of Authorized Individual

    _____
    Printed Name of Authorized Individual

    _____
    Title of Authorized Individual

    *11/18/2010*
    Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**B22A (Official Form 22A) (Chapter 7) (04/10)**

In re <u>Cosner, Daniel Lee and Krista Lee Cosner</u>
            Debtor(s)

Case Number: _____
              (If known)

| According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this |
| --- |
| ☐ **The presumption arises.** |
| ☒ **The presumption does not arise.** |
| ☐ **The presumption is temporarily inapplicable.** |
| (Check the box as directed in Parts I, III, and VI of this statement.) |

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
# AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Joint exclusion in Line 1C applies, joint debtors may complete a single statement. If the exclusion in Line 1C applies, each joint filer must complete a separate statement.

| Part I. MILITARY AND NON-CONSUMER DEBTORS | |
| --- | --- |
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☒ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a means test presumption expires in your case before your exclusion period ends.**<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>    ☐ I remain on active duty /or/<br>    ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>    OR<br><br>b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>    ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

B22A (Official Form 22A) (Chapter 7) (04/10)   - Cont.                                                                    2

| Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION | | |
|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br><br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br><br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above.    **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br><br>d. ☐ Married, filing jointly.  **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six month total by six, and enter the result on the appropriate line. | **Column A**<br><br>**Debtor's Income** | **Column B**<br><br>**Spouse's Income** |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ | $ |
| 4 | **Income from the operation of a business, profession, or farm.**     Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.**<br><table><tr><td>a.</td><td>Gross receipts</td><td>$</td></tr><tr><td>b.</td><td>Ordinary and necessary business expenses</td><td>$</td></tr><tr><td>c.</td><td>Business income</td><td>Subtract Line b from Line a</td></tr></table> | $ | $ |
| 5 | **Rent and other real property income.**     Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero.  **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.**<br><table><tr><td>a.</td><td>Gross receipts</td><td>$</td></tr><tr><td>b.</td><td>Ordinary and necessary operating expenses</td><td>$</td></tr><tr><td>c.</td><td>Rent and other real property income</td><td>Subtract Line b from Line a</td></tr></table> | $ | $ |
| 6 | **Interest, dividends, and royalties.** | $ | $ |
| 7 | **Pension and retirement income.** | $ | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $ | $ |
| 9 | **Unemployment compensation.**     Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><table><tr><td>Unemployment compensation claimed to be a benefit under the Social Security Act</td><td>Debtor $_____</td><td>Spouse $_____</td></tr></table> | $ | $ |
| 10 | **Income from all other sources.**     Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><table><tr><td>a.</td><td></td><td>0</td></tr><tr><td>b.</td><td></td><td>0</td></tr></table>Total and enter on Line 10 | $ | $ |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).**     Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $ | $ |

B22A (Official Form 22A) (Chapter 7) (04/10)   - Cont.                                                    3

| 12 | **Total Current Monthly Income for § 707(b)(7).**   If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $ |

### Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).**   Multiply the amount from Line 12 by the number 12 and enter the result. | $ |
| 14 | **Applicable median family income.**   Enter the median family income for the applicable state and household size. (This information is available by family size at   www.usdoj.gov/ust/   or from the clerk of the bankruptcy court.)<br><br>a. Enter debtor's state of residence: _____   b. Enter debtor's household size: _____ | $ |
| 15 | **Application of Section 707(b)(7).**   Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 13 is less than or equal to the amount on Line 14.**   Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI, or VII.<br><br>☐ **The amount on Line 13 is more than the amount on Line 14.**   Complete the remaining parts of this statement. |  |

**Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15).**

### Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | **Enter the amount from Line 12.** | | $ |
| 17 | **Marital adjustment.**   If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | | |
| | a. | $ | |
| | b. | $ | |
| | c. | $ | |
| | Total and enter on Line 17 | | $ |
| 18 | **Current monthly income for § 707(b)(2).**   Subtract Line 17 from Line 16 and enter the result. | | $ |

### Part V. CALCULATION OF DEDUCTIONS FROM INCOME

#### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | **National Standards: food, clothing, and other items.**   Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at   www.usdoj.gov/ust/   or from the clerk of the bankruptcy court.) | $ |
| 19B | **National Standards: health care.**   Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at   www.usdoj.gov/ust/or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | |

| Household members under 65 years of age | | Household members 65 years of age or older | | |
|---|---|---|---|---|
| a1. | Allowance per member | a2. | Allowance per member | |
| b1. | Number of members | b2. | Number of members | |
| c1. | Subtotal | c2. | Subtotal | $ |

**B22A (Official Form 22A) (Chapter 7) (04/10)      - Cont.**                                                                4

| | | |
|---|---|---|
| 20A | **Local Standards: housing and utilities; non-mortgage expenses.**      Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). | $ |
| 20B | **Local Standards: housing and utilities; mortgage/rent expenses.**      Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at      www.usdoj.gov/ust/      or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B.      **Do not enter an amount less than zero.** <br><br>| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ |<br>| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ |<br>| c. | Net mortgage/rental expense | Subtract Line b from Line a. | | $ |
| 21 | **Local Standards: housing and utilities; adjustment.**      If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation. <br><br> Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8. <br> ☒ 0  ☐ 1  ☐ 2 or more. <br><br> If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at      www.usdoj.gov/ust/ or from the clerk of the | $ |
| 22B | **Local Standards: transportation; additional public transportation expense.**      If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at      www.usdoj.gov/ust/ or from the clerk of the bankruptcy | $ |
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.**      Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.) <br><br> ☐ 1  ☐ 2 or more. <br><br> Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at      www.usdoj.gov/ust/    or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23.      **Do not enter an amount less than zero.** <br><br>| a. | IRS Transportation Standards, Ownership Costs | $ |<br>| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ |<br>| c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | | $ |

B22A (Official Form 22A) (Chapter 7) (04/10)   - Cont.                                                            5

| | | | |
|---|---|---|---|
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23. Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24.   **Do not enter an amount less than zero.** | | |
| | a. | IRS Transportation Standards, Ownership Costs | $ |
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. |
| | | | $ |
| 25 | **Other Necessary Expenses: taxes.**   Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social-security taxes, and Medicare taxes.   **Do not include real estate or sales taxes.** | | |
| 26 | **Other Necessary Expenses: mandatory payroll deductions for employment.**   Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | | $ |
| 27 | **Other Necessary Expenses: life insurance.**   Enter total average monthly premiums that you actually pay for term life insurance for yourself.   **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.**   Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due support obligations included in Line 44.** | | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.**   Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | | $ |
| 30 | **Other Necessary Expenses: childcare.**   Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool.   **Do not include other educational payments.** | | $ |
| 31 | **Other Necessary Expenses: health care.**   Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | | $ |
| 32 | **Other Necessary Expenses: telecommunication services.**   Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service -- such as pagers, call waiting, caller id, special long distance, or internet service -- to the extent necessary for your health and welfare or that of your dependents.   **Do not include any amount previously deducted.** | | $ |
| 33 | **Total Expenses Allowed under IRS Standards.**   Enter the total of Lines 19 through 32 | | $ |

| | | | |
|---|---|---|---|
| | **Subpart B: Additional Living Expense Deductions** | | |
| | **Note: Do not include any expenses that you have listed in Lines 19-32** | | |
| 34 | **Health Insurance, Disability Insurance and Health Savings Account Expenses.**   List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | | |
| | a. | Health Insurance | $ |
| | b. | Disability Insurance | $ |
| | c. | Health Savings Account | $ |
| | Total and enter on Line 34 | | $ |
| | **If you do not actually expend this total amount,**   state your actual total average monthly expenditures in the space below: $ _____ | | |

B22A (Official Form 22A) (Chapter 7) (04/10)     - Cont.                                                                        6

| 35 | **Continued contributions to the care of household or family members.**     Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.**     Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.**     Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs.     **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
| 38 | **Education expenses for dependent children less than 18.**     Enter the total average monthly expenses that you actually incur, not to exceed $147.50* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age.     **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
| 39 | **Additional food and clothing expense.**     Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at     www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)   **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.**     Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).**     Enter the total of Lines 34 through 40 | $ |

## Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.**     For each of your debts that is secured by an interest in proprerty that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | |

|   | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? | |
| --- | --- | --- | --- | --- | --- |
| a. | | | $ | ☐ yes   ☐ no | |
| b. | | | $ | ☐ yes   ☐ no | |
| c. | | | $ | ☐ yes   ☐ no | |
| d. | | | $ | ☐ yes   ☐ no | |
| e. | | | $ | ☐ yes   ☐ no | |
| | | | Total: Add Lines a - e | | $ |

| 43 | **Other payments on secured claims.**     If any of the debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | |

|   | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount | |
| --- | --- | --- | --- | --- |
| a. | | | $ | |
| b. | | | $ | |
| c. | | | $ | |
| d. | | | $ | |
| e. | | | $ | |
| | | | Total: Add Lines a - e | $ |

B22A (Official Form 22A) (Chapter 7) (04/10)    - Cont.                                                              7

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy <br> **Do not include current obligations, such as those set out in Line 28.** | | $ |
|----|----|----|----|

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | | |
|----|----|----|----|
| | a. | Projected average monthly Chapter 13 plan payment. | $ |
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x |
| | c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b $ |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |
|----|----|----|

## Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |
|----|----|----|

## Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
|----|----|----|
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |

| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed. <br><br> ☐ **The amount on Line 51 is less than $7,025\*** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI. <br> ☐ **The amount set forth on Line 51 is more than $11,725\*** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI. <br><br> ☐ **The amount on Line 51 is at least $7,025\*, but not more than $11,725\*.** Complete the remainder of Part VI (Lines 53 through 55). |
|----|----|

| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
|----|----|----|
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |

| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed. <br><br> ☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. <br> ☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |
|----|----|

## PART VII. ADDITIONAL EXPENSE CLAIMS

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. | |
|----|----|----|
| | Expense Description | Monthly Amount |
| | a. | $ |
| | b. | $ |
| | c. | $ |
| | Total: Add Lines a, b, and c | $ |

**B22A (Official Form 22A) (Chapter 7) (04/10)     - Cont.**                                                          8

| | Part VIII: VERIFICATION |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct.     *(If this a joint case, both debtors must sign.)*<br><br>Date: _11/18/2010_____     Signature: _*/s/ Cosner, Daniel Lee*_____<br>                                                     (Debtor)<br>Date: _11/18/2010_____     Signature: _*/s/ Krista Lee Cosner*_____<br>                                                     (Joint Debtor, if any ) |

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
## WESTERN DIVISION

In re *Cosner, Daniel Lee*
   *and*
   *Krista Lee Cosner*

Case No.

           (if known)

**Debtor(s)**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒    1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐    2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐    3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)

☐   4.  I am not required to receive a credit counseling briefing because of:   *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

☐   Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐   Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐   Active military duty in a military combat zone.

☐   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   */s/ Cosner, Daniel Lee*

Date:   *11/18/2010*

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA
# WESTERN DIVISION

In re *Cosner, Daniel Lee*
    *and*
    *Krista Lee Cosner*

Case No. 

Chapter  **7**

**Debtor(s)**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
# CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒    1. Within the 180 days   **before the filing of my bankruptcy case,**    I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.   *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐    2. Within the 180 days   **before the filing of my bankruptcy case,**    I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not I have a certificate from the agency describing the services provided to me.   *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐    3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.
*[Summarize exigent circumstances here.]*

    **If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit briefing.**

**B 1D (Official Form 1, Exhibit D) (12/09)**

☐   4.  I am not required to receive a credit counseling briefing because of:  *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

☐   Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐   Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐   Active military duty in a military combat zone.

☐   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   */s/ Krista Lee Cosner*

Date:   *11/18/2010*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
## WESTERN DIVISION

In re *Cosner, Daniel Lee and Krista Lee Cosner*

Case No.

Chapter **7**

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - HUSBAND'S DEBTS

**Part A -** Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No.

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *None* | |

Property will be (check one) :

☐ Surrendered     ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt     ☐ Not claimed as exempt

**Part B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No.

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
| *None* | | ☐ Yes        ☐ No |

### Signature of Debtor(s)

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: *11/18/2010*                    Debtor: */s/ Cosner, Daniel Lee*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
## WESTERN DIVISION

In re *Cosner, Daniel Lee and Krista Lee Cosner*                    Case No.

Chapter **7**

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - WIFE'S DEBTS

**Part A -** Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No.

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *None* | |

Property will be (check one) :

☐ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt        ☐ Not claimed as exempt

**Part B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No.

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
| *None* | | ☐ Yes        ☐ No |

### Signature of Debtor(s)

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: *11/18/2010*                    Debtor: */s/ Krista Lee Cosner*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA
# WESTERN DIVISION

In re *Cosner, Daniel Lee and Krista Lee Cosner*               Case No.
                                                              Chapter **7**

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - JOINT DEBTS

**Part A -** Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No. *1*

| Creditor's Name : | Describe Property Securing Debt : |
|---|---|
| *United Bank* | *5470 Getz Drive, Timberville, VA* |

Property will be (check one) :

☒ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt        ☒ Not claimed as exempt

Property No. *2*

| Creditor's Name : | Describe Property Securing Debt : |
|---|---|
| *Farmers and Merchants Bank* | *5470 Getz Drive, Timberville, VA* |

Property will be (check one) :

☒ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt        ☒ Not claimed as exempt

B 8 (Official Form 8) (12/08)

| Property No. *3* |
|---|

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Rockingham County* | *5470 Getz Drive, Timberville, VA* |

Property will be (check one) :

☒ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt        ☒ Not claimed as exempt

**Part B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
| *None* | | ☐ Yes        ☐ No |

## Signature of Debtor(s)

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date:  *11/18/2010*          Debtor:  */s/ Cosner, Daniel Lee*

Date:  *11/18/2010*          Joint Debtor:  */s/ Krista Lee Cosner*

Form 7 (04/10)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
## WESTERN DIVISION

In re: *Cosner, Daniel Lee*
    *and*
    *Krista Lee Cosner*

Case No.

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not diclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                         SOURCE

*Daniel L. Cosner:*
*2010:$46,952.27*            *2010: Cosner Excavating, Inc. $25,200; Trans Tech Auto,*
*2009:$74,200*                *Inc. $21,752.27*
*2008:$68,000*                *2009: Cosner Excavating, Inc.*
                              *2008: Cosner Excavating, Inc.*

---

*Krista L. Cosner:*
*2010 $19,572.59*          *2010: Cosner Excavating, Inc. $12,160; Builder Services*
*2009 $33,920*               *Group, Inc. $7,412.59*
*2008 $17,080*               *2009: Cosner Excavating, Inc.*
                              *2008: Cosner Excavating, Inc.*

Statement of Affairs - Page 1

## 2. Income other than from employment or operation of business

None

☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 3. Payments to creditors

None

☐

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

*See responses to Question 5 below.*

None

☒

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None

☒

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None

☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Rockingham Petroleum vs. Cosner Excavating/Daniel Cosner* | *Show Cause on 10/12/10 for failure to appear at Interrogatories on 9/7/10* | *Rockingham County General District Court, Harrisonburg, VA* | *To appear on 11/16/10* |
| *Ferguson Enterprises vs. Cosner Excavating and Krista Cosner* | *Warrant in Debt* | *Charlottesville General District Court* | *Probable default judgment 10/26/10* |

Statement of Affairs - Page 2

Form 7 (04/10)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *GV10-3143* | | | |
| *Quarles Petroleum, Inc. t/a Quarles Engergy Services vs. Cosner Excavating, Inc.; Daniel L. Cosner, Respondent* | *Show Cause Summons returnable 11/8/10 for failure to appear at Interrogatories on 9/13/10* | *Stafford County General District Court* | |
| *Appalachian Equipment vs. Cosner Excavating/Danny Cosner* | *Warrant in Debt* | *Rockingham County General District court* | *9/17/10 Trial cancelled - Daniel Cosner found not responsible party* |

None ☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name:Virginia Department of Taxation Address:PMB 345, 1866 East Market Street, Harrisonburg, VA 22801-5111* | *11/9/10* | *Description:Farmers & Merchants Bank Checking Account #101311255 Value: apprx. $1500 attached* |

### 5. Repossessions, foreclosures and returns

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name:Community Bank Address:P. O. Box 1209, Staunton, VA 24401* | *10/10 repossessed* | *Description: 2002 Chevrolet Silverado VIN 8005 Served as collateral on debt consolidation loan #1001301522 - vehicle wrecked and lender received insurance check in amount of approximately $6200.  Lender still owed $3,245.44  on this loan.* |
| *Name:United Bank Address:1447 North Frederick Pike, Winchester, VA 22603* | *11/5/10- Foreclosure* | *Description: 5470 Getz Drive, Timberville, VA Value: $548400.00.  Outcome of foreclosure unknown.* |

Form 7 (04/10)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name:Community Bank Address:P. O. Box 1209, Staunton, VA 24401* | *9/13 & 9/15/10 repossessed* | *Description:Various vehicles and equipment owned by Cosner Excavating, Inc. - some vehicles may have also been titled in Daniel Cosner. Lender has sold its collateral.* |

### 6. Assignments and receiverships

None ☒ a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None ☒ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

None ☒ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: W. Stephen Scott Address:Scott Kroner, PLC P.O. Box 2737 418 East Water Street Charlottesville, VA 22902* | *Date of Payment:5/12/10 Date of Payment:9/30/10 Date of Payment:11/18/10 Payor:Daniel L. & Krista L. Cosner* | *$2500 $350 $3,165.00* |
| *Christian Debt Consolidation ("CDC"), 2201 N.W. Corporate Blvd., Ste 202, Boca Raton, FL 33431* | *During period 10/9/09 thru 10/21/10, Krista L. Cosner paid CDC $357/mo for a total of $4875.00 for debt* | |

Statement of Affairs - Page 4

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

*consolidation. CDC retained $2255.44 for administrative, maintenance and service fees, and disbursed $1327.65 to settle claims of 2 creditors.  $1291.91 remains on deposit with CDC; however, CDC advised Debtors it will retain an addtional $500 as an early termination fee.*

### 10. Other transfers

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| *Transferee:Steven Toyota Address:2970 South Main Street, Harrisonburg, VA 22801 Relationship:None* | *10/15/10* | *Property:2003 Cadillac Escalade VIN7666 titled in Daniel Cosner Value:$12,500 trade in value - Community Bank lien of $7963.03 paid off and balance of trade in value applied to purchase of 2000 Dodge Stratus titled in Krista Cosner* |

None ☒

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

### 11. Closed financial accounts

None ☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 12. Safe deposit boxes

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 13. Setoffs

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Form 7 (04/10)

**14. Property held for another person**

None  List all property owned by another person that the debtor holds or controls.

☒

**15. Prior address of debtor**

None  If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

☐

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| *Debtor: Daniel L. and Krista L. Cosner* *Address:5470 Getz Dr., Timberville, VA 22853* | *Name(s):Same* | *9/05-10/10* |

**16. Spouses and Former Spouses**

None  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

☒

**17. Environmental Information**

None  For the purpose of this question, the following definitions apply:

☒

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

☒

None  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

☒

Form 7 (04/10)

### 18. Nature, location and name of business

None
☐

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses     in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses     in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| *Cosner Excavating, Inc. Daniel L. Cosner, President and sole shareholder Krista L. Cosner, Sec/Treas* | *ID:20-3385560* | *P. O. Box 279, Broadway, VA 22815* | *Excavating* | *2001- 7/30/10 (Inc: 2003)* |
| *Cosner & Turner Farms, LLC*<br><br>*Daniel L. Cosner has a 50% membership interest* | *ID:20-3172359* | *P. O. Box 279, Broadway, VA 22815* | *Farming* | *8/1/05 to present* |

None
☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.   A debtor who has not been in business within those six years should go directly to the signature page.)

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED

Form 7 (04/10)

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

*Kathie Dove - KD Bookkeping*
*Address:11741 Mountain Valley Road, Harrisonburg,*
*VA*

*Dates:1/09 - 10/09*

*Name: Richard R. Minnick, CPA and Michelle*
*Minnick*
*Address:3144 Brookshire Drive, Harrisonburg, VA*
*22801*

*Dates:11/09-3/10*

None ☒   b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| *Name:Krista L. Cosner* | *At residence* |

None ☒   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

### 20. Inventories

None ☒   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☒   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

### 21. Current Partners, Officers, Directors and Shareholders

None ☒   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☒   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

Form 7 (04/10)

---

**22. Former partners, officers, directors and shareholders**

None
☒

a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None
☒

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

**23. Withdrawals from a partnership or distribution by a corporation**

None
☒

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

**24. Tax Consolidation Group.**

None
☒

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

---

**25. Pension Funds.**

None
☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceeding the commencement of the case.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date *11/18/2010*    Signature */s/ Cosner, Daniel Lee*
of Debtor

Date *11/18/2010*    Signature */s/ Krista Lee Cosner*
of Joint Debtor
(if any)

Statement of Affairs - Page 9

**FORM B6A (Official Form 6A) (12/07)**

In re _Cosner, Daniel Lee and Krista Lee Cosner_ ,                                Case No._____

                        Debtor(s)                                                                                    (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _5470 Getz Drive, Timberville, VA, Rockingham County TMP#40-(A)-L39. United Bank D/T foreclosed 11/5/10 - outcome unknown_ | _Fee Simple-T/E_ | J | _$ 548,400.00_ | _$ 548,400.00_ |
| | | **TOTAL $** | _548,400.00_ | |

No continuation sheets attached

**(Report also on Summary of Schedules.)**

**B6B (Official Form 6B) (12/07)**

In re _Cosner, Daniel Lee and Krista Lee Cosner_ ,        Case No. _____
　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | _Farmers and Merchants Bank Checking #101311255-account subject to levy by Va Dept. of Taxation_ | J | $ 1,069.40 |
| | | _Funds on Deposit with Christian Debt Consolidation Location: Christian Debt Consolidation, 2201 N.W. Corporate Blvd., Ste 202, Boca Raton, FL 33431_ | W | $ 1,291.91 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | _Household Goods and Furnishings-See list attached_ | J | $ 11,200.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | _Thomas Kinkade Art (2) - See list attached_ | J | $ 3,000.00 |
| 6.  Wearing apparel. | | _Clothing Location: In debtor's possession_ | J | $ 1,500.00 |
| 7.  Furs and jewelry. | | _Wedding Band-Husband Location: In debtor's possession_ | H | $ 200.00 |
| | | _Wedding Band-Wife Location: In debtor's possession_ | W | $ 100.00 |

Page __1__ of __3__

**B6B (Official Form 6B) (12/07)**

In re _Cosner, Daniel Lee and Krista Lee Cosner_ ,        Case No. _____
                        Debtor(s)                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | | _Firearms and Equipment - See list attached Location: In debtor's possession_ | J | $ 4,200.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | _Cosner Excavating, Inc._ | H | $ 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | _Cosner & Turner Farms LLC-50% membership interest_ | H | $ 0.00 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | _Future Inheritance, if any_ | W | $ 1.00 |
| | | _Future Inheritance, if any_ | H | $ 1.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | _Claim vs. Michael Dennis for non-payment of payroll taxes on behalf of Cosner Excavating, Inc. [Probably uncollectible]_ | J | $ 285,999.44 |
| | | _Tax Refunds_ | J | $ 1.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

Page __2__ of __3__

**B6B (Official Form 6B) (12/07)**

In re _Cosner, Daniel Lee and Krista Lee Cosner_ ,          Case No. _____

Debtor(s)                                                                                           (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| **23. Licenses, franchises, and other general intangibles. Give particulars.** | X | | | |
| **24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes.** | X | | | |
| **25. Automobiles, trucks, trailers and other vehicles and accessories.** | | _2000 Dodge Stratus VIN 7445 (Purchased 10/15/10)_ _Location: In debtor's possession_ | W | $ 4,000.00 |
| **26. Boats, motors, and accessories.** | X | | | |
| **27. Aircraft and accessories.** | X | | | |
| **28. Office equipment, furnishings, and supplies.** | X | | | |
| **29. Machinery, fixtures, equipment and supplies used in business.** | X | | | |
| **30. Inventory.** | X | | | |
| **31. Animals.** | X | | | |
| **32. Crops - growing or harvested. Give particulars.** | X | | | |
| **33. Farming equipment and implements.** | X | | | |
| **34. Farm supplies, chemicals, and feed.** | X | | | |
| **35. Other personal property of any kind not already listed. Itemize.** | | _Lawn Mower_ _Location: In debtor's possession_ | J | $ 2,500.00 |
| | | _Tools_ _Location: In debtor's possession_ | H | $ 1,500.00 |

Page __3__ of __3__                                                                    **Total ➡** | $ 316,563.75

**(Report total also on Summary of Schedules.)**
**Include amounts from any continuation sheets attached.**

## Schedule B - Personal Property

**4.      Furniture**

Couch- $800.00, Chair- $600.00, Loveseat-$600.00

Table - $500.00, Chairs-$100.00 x 4 =$400.00

Bed 1- $1500.00, Dresser- 500.00, Nightstands- 2@ 100.00= $200.00

Bed 2- $800.00, Dresser-$300.00, Dresser- $250.00

Bed 3- $800.00, Dresser-$300.00, Dresser- $250.00

Computer and printer- $2200.00

TV's - $800.00

DVD Players -$400.00

**5.      Paintings (Art)**

Thomas Kinkade- Stairway to Paradise- $2000.00

Thomas Kinkade- Gardens of Light 2- $1000.00

**8.      Firearms**

Winchester 7mm mag- with scope-$800.00

Thompson Center 300 Win Mag with scope - $1500.00

Remington 870 shotgun- $300.00

Marlin 22- $100.00

H&R 204 with scope- $300.00

Gun Safe- $1200.00

**35.      Tools- $1500.00**

**35.      Lawn Mower- $2500.00**

B6C (Official Form 6C) (04/10)

In re **_Cosner, Daniel Lee and Krista Lee Cosner_** , Case No. _____
_____ Debtor(s)                                          (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:       ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

(Check one box)

☐ 11 U.S.C. § 522(b) (2)
☒ 11 U.S.C. § 522(b) (3)

| Description of Property **Claimed By Husband** | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| _5470 Getz Drive, Timberville, VA_ | _Vasilion v. Vasilion, 192 Va. 735, 66 S.E.2d 599 (1951)_ | _$ 1.00_ | _$ 548,400.00_ |
| _Farmers and Merchants Bank Checking_ | _VaC 34-4_ | _$ 1.00_ | _$ 1,069.40_ |
| _Household Goods and Furnishings_ | _VaC 34-26(4a)_ _VaC 34-4_ | _$ 1.00_ _$ 1.00_ | _$ 11,200.00_ |
| _Thomas Kinkade Art (2)_ | _VaC 34-4_ | _$ 1.00_ | _$ 3,000.00_ |
| _Clothing_ | _VaC 34-26(4)_ | _$ 1.00_ | _$ 1,500.00_ |
| _Wedding Band-Husband_ | _VaC 34-26(1a)_ | _$ 1.00_ | _$ 200.00_ |
| _Firearms and Equipment_ | _VaC 34-4_ | _$ 1.00_ | _$ 4,200.00_ |
| _Cosner Excavating, Inc._ | _VaC 34-4_ | _$ 1.00_ | _$ 0.00_ |
| _Cosner & Turner Farms LLC_ | _VaC 34-4_ | _$ 1.00_ | _$ 0.00_ |
| _Future Inheritance_ | _VaC 34-4_ | _$ 1.00_ | _$ 1.00_ |
| _Claim vs. Michael Dennis_ | _VaC 34-4_ | _$ 1.00_ | _$ 285,999.44_ |
| _Tax Refunds_ | _VaC 34-4_ | _$ 1.00_ | _$ 1.00_ |
| _Lawn Mower_ | _VaC 34-4_ | _$ 1.00_ | _$ 2,500.00_ |
| _Tools_ | _VaC 34-26(7)_ _VaC 34-4_ | _$ 1.00_ _$ 1.00_ | _$ 1,500.00_ |

Page No. _1_ of _2_

* Amount subject to adjustment Lent on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6C (Official Form 6C) (04/10)

In re *Cosner, Daniel Lee and Krista Lee Cosner* , Case No. _____
Debtor(s) (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under: ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

(Check one box)

☐ 11 U.S.C. § 522(b) (2)
☒ 11 U.S.C. § 522(b) (3)

| Description of Property<br>**Claimed By Wife** | Specify Law<br>Providing each<br>Exemption | Value of<br>Claimed<br>Exemption | Current<br>Value of Property<br>Without Deducting<br>Exemptions |
|---|---|---|---|
| *5470 Getz Drive, Timberville, VA* | *Vasilion v. Vasilion, 192 Va. 735, 66 S.E.2d 599 (1951)* | $ 1.00 | $ 548,400.00 |
| *Farmers and Merchants Bank Checking* | *VaC 34-4* | $ 1.00 | $ 1,069.40 |
| *Funds on Deposit with Christian Debt Consolidation* | *VaC 34-4* | $ 1.00 | $ 1,291.91 |
| *Household Goods and Furnishings* | *VaC 34-26(4a)*<br>*VaC 34-4* | $ 1.00<br>$ 1.00 | $ 11,200.00 |
| *Thomas Kinkade Art (2)* | *VaC 34-4* | $ 1.00 | $ 3,000.00 |
| *Clothing* | *VaC 34-26(4)* | $ 1.00 | $ 1,500.00 |
| *Wedding Band-Wife* | *VaC 34-26(1a)* | $ 1.00 | $ 100.00 |
| *Firearms and Equipment* | *VaC 34-4* | $ 1.00 | $ 4,200.00 |
| *Future Inheritance* | *VaC 34-4* | $ 1.00 | $ 1.00 |
| *Claim vs. Michael Dennis* | *VaC 34-4* | $ 1.00 | $ 285,999.44 |
| *Tax Refunds* | *VaC 34-4* | $ 1.00 | $ 1.00 |
| *2000 Dodge Stratus* | *VaC 34-26(8)*<br>*VaC 34-4* | $ 1.00<br>$ 1.00 | $ 4,000.00 |
| *Lawn Mower* | *VaC 34-4* | $ 1.00 | $ 2,500.00 |

Page No. 2 of 2

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re _Cosner, Daniel Lee and Krista Lee Cosner_____ ,     Case No. _____
Debtor(s)                                                                 **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *101304011*  **Creditor # : 1**  *Farmers and Merchants Bank PO Box 1111 Timberville VA 22853* | J | *4/4/08*  *2ND Deed of Trust-Equity Line*  *5470 Getz Drive, Timberville, VA, Rockingham TMP#40-(A)-L39 - 1st D/T foreclosed 11/5/10 -*  Value: *$ 548,400.00* | | | | *$ 55,160.07* | *$ 13,499.86* |
| Account No: *24463*  **Creditor # : 2**  *Rockingham County PO Box 471 Harrisonburg VA 22803* | J | *12/2008-6/2010*  *Real Estate Taxes*  *5470 Getz Drive, Timberville, VA, Rockingham Co. TMP#40-(A)-L39 - 1st D/T*  Value: *$ 548,400.00* | | | | *$ 7,245.93* | *$ 7,245.93* |
| Account No: *5-0496234460*  **Creditor # : 3**  *United Bank 1447 North Frederick Pike Winchester VA 22603* | J | *12/20/07*  *1ST Deed of Trust*  *5470 Getz Drive, Timberville, VA, Rockingham Co. TMP#40-(A)-L39 - D/T*  Value: *$ 548,400.00* | | | | *$ 506,739.79* | *$ 0.00* |

1   continuation sheets attached

|  | | |
|---|---|---|
| Subtotal $ (Total of this page) | *$ 569,145.79* | *$ 20,745.79* |
| Total $ (Use only on last page) | | |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

**B6D (Official Form 6D) (12/07)   - Cont.**

In re _Cosner, Daniel Lee and Krista Lee Cosner_                   ,          Case No. _____
                          **Debtor(s)**                                                                         **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien<br><br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: _Cosner Excavating, Inc._<br>_Creditor # : 4_<br>_Virginia Dept. of Taxation_<br>_Attn: Brenda Esters_<br>_PMB 345 1866 East Market St._<br>_Harrisonburg VA 22801-5111_ | J | _2009 P/R TAXES_<br>_Memorandum of Lien 10/22/10_<br>_Personal Property_<br><br>Value: _$ 315,491.35_ | | | | _$ 55,199.22_ | _$ 0.00_ |
| Account No: | | <br><br>Value: | | | | | |
| Account No: | | <br><br>Value: | | | | | |
| Account No: | | <br><br>Value: | | | | | |
| Account No: | | <br><br>Value: | | | | | |
| Account No: | | <br><br>Value: | | | | | |

Sheet no. _1_ of _1_  continuation sheets attached to Schedule of Creditors
Holding Secured Claims

| | | |
|---|---|---|
| **Subtotal $**<br>(Total of this page) | _$ 55,199.22_ | _$ 0.00_ |
| **Total $**<br>(Use only on last page) | _$ 624,345.01_ | _$ 20,745.79_ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (04/10)

In re _Cosner, Daniel Lee and Krista Lee Cosner_____ ,        Case No. _____
                        **Debtor(s)**                                                        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☒ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_2__ **continuation sheets attached**

**Official Form 6E (04/10) - Cont.**

In re _Cosner, Daniel Lee and Krista Lee Cosner_ ,   Case No._____

                    **Debtor(s)**                                            **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:   _Domestic Support Obligations_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 1 Rockingham County PO Box 471 Harrisonburg VA 22803** | H | *Personal Property Taxes 2003 Cadillac Escalade - sold 10/10* | | | | *$ 157.48* | *$ 157.48* | *$ 0.00* |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |

Sheet No. _1_ of _2_ continuation sheets

attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| **Subtotal $** (Total of this page) | *157.48* | *157.48* | *0.00* |
| **Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | | |
| **Total $** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | | |

**Official Form 6E (04/10) - Cont.**

In re _Cosner, Daniel Lee and Krista Lee Cosner_ ,                Case No._____

**Debtor(s)**                                                                      **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:   _Taxes and Certain Other Debts Owed to Governmental Units_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | | |
| Account No: *4754777* <br> *Creditor # : 2* <br> *Rockingham County* <br> *PO Box 471* <br> *Harrisonburg VA 22803* | W | *1/1/2009* <br> *Personal Property Taxes* <br> *2002 Chevrolet* <br> *Silverado-wrecked vehicle* <br> *repo'd by lender* | | | | *$ 237.58* | *$ 237.58* | *$ 0.00* |
| Account No: *20-3385560* <br> *Creditor # : 3* <br> *Internal Revenue Service* <br> *Attn: Sally A. Schall* <br> *401 E. Market Street, Ste 204* <br> *Charlottesville VA 22902-5264* | J | *2009* <br> *941 taxes* <br> *Debt of Cosner Excavating, Inc.* | X | | | *$257,197.58* | *$257,197.58* | *$ 0.00* |
| Account No: *0008491330* <br> *Creditor # : 4* <br> *Virginia Employment Commission* <br> *P. O. Box 27483* <br> *Richmond VA 23261-7483* | J | *2010* <br> *Unemployment Tax* <br> *Debt of Cosner Excavating, Inc. - unemployment taxes* | | | | *$ 1,151.74* | *$ 1,151.74* | *$ 0.00* |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |

Sheet No. _2_ of _2_ continuation sheets

attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| **Subtotal $** (Total of this page) | *258,586.90* | *258,586.90* | *0.00* |
| **Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | *258,744.38* | | |
| **Total $** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | *258,744.38* | *0.00* |

**B6F (Official Form 6F) (12/07)**

In re _Cosner, Daniel Lee and Krista Lee Cosner_                    ,          Case No. _____
                        **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.   R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated,  place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number _(See instructions above.)_ | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   _54858_<br>_Creditor # : 1_<br>_A & B Kearns Trucking & Stone_<br>_16381 Brandy Road_<br>_Culpeper VA 22701-4636_ | | | _11/9/09_<br>_NOTICE PURPOSES ONLY_<br>_$219.78 debt of Cosner Excavating, Inc._ | | | X | _$ 0.00_ |
| Account No:   _Cosner Excavation_<br>_Creditor # : 2_<br>_A & J Development and Excavati_<br>_831 Cottontail Trail_<br>_Mt. Crawford VA 22841_ | | | _4/28/09-1/31/10_<br>_NOTICE PURPOSES ONLY_<br>_$41,89.59 debt of Cosner Excavating, Inc._ | | | X | _$ 0.00_ |
| Account No:   _3.72347E+14_<br>_Creditor # : 3_<br>_American Express_<br>_c/o NCO Financial Systems, Inc_<br>_507 Prudential Road_<br>_Horsham PA 19044-2308_ | | H | _10/9/09-present_<br>_CREDIT ACCOUNT_ | | | | _$ 2,660.05_ |
| Account No:   _2968_<br>_Creditor # : 4_<br>_Americast_<br>_210 Stone Spring Road_<br>_Harrisonburg VA 22801_ | | | _10/31/09-3/31/10_<br>_NOTICE PURPOSES ONLY_<br>_$3987.60 debt of Cosner Excavating, Inc._ | | | X | _$ 0.00_ |

_15_ continuation sheets attached

Subtotal $ | _$ 2,660.05_

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Cosner, Daniel Lee and Krista Lee Cosner_            ,        Case No._____
                          **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 5**<br>**Appalachian Equipment**<br>**600 N. Main Street**<br>**Harrisonburg VA 22801** | | H | **NOTICE PURPOSES ONLY**<br>**Debt, if any, owning by Cosner Excavating, Inc.** | | | X | *$ 0.00* |
| Account No:    **4174**<br>**Creditor # : 6**<br>**Atkins Automotive Corporation**<br>**PO Box 194**<br>**Broadway VA  22815** | | | **1/8/10-6/30/10**<br>**NOTICE PURPOSES ONLY**<br>**$6186.31 debt of Cosner Excavating, Inc.** | | | X | *$ 0.00* |
| Account No:    **Cosner Excavating**<br>**Creditor # : 7**<br>**Atlantic Laser Supply**<br>**1226 Executive Blvd.**<br>**Chesapeake VA 23320** | | | **6/11/09**<br>**NOTICE PURPOSES ONLY**<br>**$1404.37 debt of Cosner Excavating, Inc.** | | | X | *$ 0.00* |
| Account No:    **11658279**<br>**Creditor # : 8**<br>**Belk**<br>**c/o Leading Edge Recovery Sol.**<br>**5440 N Cumberland Ave, Ste 300**<br>**Chicago IL 60656-1490** | | W | **10/9/09-present**<br>**open account** | | | | *$ 655.31* |
| Account No:    **301014**<br>**Creditor # : 9**<br>**Bergey's**<br>**462 Harleysville Pike**<br>**Souderton  VA  18964** | | | **11/20/09-8/31/09**<br>**NOTICE PURPOSES ONLY**<br>**$2665.24 debt of Cosner Excavating, Inc.** | | | X | *$ 0.00* |
| Account No:    **Cosner Excavating**<br>**Creditor # : 10**<br>**Bill Good**<br>**14110 Kay Drive**<br>**Timberville VA 22853** | | | **2/12/10**<br>**NOTICE PURPOSES ONLY**<br>**$2600.00 debt of Cosner Excavating, Inc.** | | | X | *$ 0.00* |

Sheet No.    _1_  of    _15_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**        *$ 655.31*

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Cosner, Daniel Lee and Krista Lee Cosner_ ,                    Case No._____

**Debtor(s)**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  *CosnerExcav*  Creditor # : 11  Broadway Metal Works, Inc.  11314 Harpine Highway  Broadway  VA 22815-0125 | | | 3/31/10-9/30/10  NOTICE PURPOSES ONLY  $493.69 debt of Cosner Excavating, Inc. | | | X | $ 0.00 |
| Account No:  *COSDA*  Creditor # : 12  C.S. Mundy Quarries  PO Box 126  Broadway  VA 22815 | | | 8/18/09-10/2/09  NOTICE PURPOSES ONLY  $977.45 debt of Cosner Excavating, Inc. | | | X | $ 0.00 |
| Account No:  *CosExc*  Creditor # : 13  Canada Contracting Company, In  PO Box 889  Sandston VA 23150 | | | 8/27/09  NOTICE PURPOSES ONLY  $3,600.00 debt of Cosner Excavating, Inc. | | | X | $ 0.00 |
| Account No:  *20535535*  Creditor # : 14  Capital One  c/o Glasser and Glasser, PLC  P. O. Box 3400  Norfolk VA 23514 | | W | 10/9/09-present  CREDIT CARD | | | | $ 2,747.79 |
| Account No:  *4115-0726-2175-8823*  Creditor # : 15  Capital One Bank (USA), N.A.  PO Box 6492  Carol Stream  IL 60197-6492 | | | 8/3/10  NOTICE PURPOSES ONLY  $1054.92 debt of Cosner Excavating, Inc. | | | X | $ 0.00 |
| Account No:  *5178 0521 5943 6100*  Creditor # : 16  Capital One  Attn: General Correspondence  P. O. Box 30285  Salt Lake City UT 84130-0285 | | H | CREDIT CARD  Platinum Mastercard | | | | $ 392.18 |

Sheet No.  **2**  of  **15**  continuation sheets attached to Schedule of                                Subtotal $      $ 3,139.97

Creditors Holding Unsecured Nonpriority Claims                                                                Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Cosner, Daniel Lee and Krista Lee Cosner_      ,      Case No._____
                          **Debtor(s)**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    *Cosner Excavating*<br><br>*Creditor # : 17*<br>*Carroll Construction, Co.*<br>*283 Ebert Road*<br>*Winchester  VA 22603* | | | *5/31/10*<br>*NOTICE PURPOSES ONLY*<br>*$336.40 debt of Cosner Excavating, Inc.* | | | X | *$ 0.00* |
| Account No:    *13521*<br><br>*Creditor # : 18*<br>*Carter Machinery Co, Inc.*<br>*PO Box 751053*<br>*Charlotte  NC 28275-1053* | | | *12/9/09-8/31/10*<br>*NOTICE PURPOSES ONLY*<br>*$19,239.76 debt of Cosner Excavating, Inc.* | | | X | *$ 0.00* |
| Account No:    *001-0381328-000*<br><br>*Creditor # : 19*<br>*Caterpillar Financial Services*<br>*PO Box 13834*<br>*Newark  NJ 71880834* | | | *5/8/10-9/10/10*<br>*NOTICE PURPOSES ONLY*<br>*$16,397.55 debt of Cosner Excavating, Inc.* | | | X | *$ 0.00* |
| Account No:    *185*<br><br>*Creditor # : 20*<br>*Cedar Mountain Stone*<br>*2105 South Broadway*<br>*Pine City  NY 14871* | | | *11/8/09-2/28/10*<br>*NOTICE PURPOSES ONLY*<br>*$3540.03 debt of Cosner Excavating, Inc.* | | | X | *$ 0.00* |
| Account No:    *Cosner Excavating*<br><br>*Creditor # : 21*<br>*Check Mate Service Line*<br>*PO Box 41582*<br>*Providence  RI 2940* | | | *3/3/10*<br>*NOTICE PURPOSES ONLY*<br>*$53.81 debt of Cosner Excavating, Inc.* | | | X | *$ 0.00* |
| Account No:    *Cosner Excavating*<br><br>*Creditor # : 22*<br>*Cline Associates, Inc.*<br>*PO Box 99*<br>*Weyers Cave  VA 24486* | | | *5/3/10-9/8/10*<br>*NOTICE PURPOSES ONLY*<br>*$315.00 debt of Cosner Excavating, Inc.* | | | X | *$ 0.00* |

Sheet No.   3   of   15   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**         *$ 0.00*

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Cosner, Daniel Lee and Krista Lee Cosner_ ,                    Case No. _____
                        **Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   1001301522 <br> Creditor # : 23 <br> Community Bank <br> 38 N. Central Ave <br> PO Box 1209 <br> Staunton  VA 24401-1209 | | J | **Guaranty** <br> Vehicle purchase and business loans to Cosner Excavating, Inc. collateral repo'd and sold | | X | | $ 3,245.44 |
| Account No:   1001316391 <br> Creditor # : 24 <br> Community Bank <br> 38 N. Central Ave <br> PO Box 1209 <br> Staunton  VA 24401-1209 | | J | **Guaranty** <br> Line of Credit debt of Cosner Excavating, Inc. | | X | | $ 19,924.68 |
| Account No:   Cosner Excavating <br> Creditor # : 25 <br> Cosner Concrete, LLC <br> PO Box 609 <br> Broadway  VA 22815 | | | 5/24/10-7/19/10 <br> NOTICE PURPOSES ONLY <br> $1506.15 debt of Cosner Excavating, Inc. | | | X | $ 0.00 |
| Account No:   Cosner Excavating <br> Creditor # : 26 <br> Dean Steel Erection Co Inc <br> PO Box 1164 <br> Harrisonburg  VA 22803 | | | 12/17/09-2/17/10 <br> NOTICE PURPOSES ONLY <br> $6569.00 debt of Cosner Excavating, Inc. | | | X | $ 0.00 |
| Account No:   09141586DORMEC1 <br> Creditor # : 27 <br> Dominion Power <br> PO Box 27503 <br> Richmond  VA 23261 | | | 10/2/09 <br> NOTICE PURPOSES ONLY <br> $908.00 debt of Cosner Excavating, Inc. | | | X | $ 0.00 |
| Account No:   4475973469 <br> Creditor # : 28 <br> Dominion Virginia Power <br> PO Box 26543 <br> Richmond  VA 23290-0001 | | | 8/26/10-9/24/10 <br> NOTICE PURPOSES ONLY <br> $35.30 debt of Cosner Excavating, Inc. | | | X | $ 0.00 |

Sheet No.   4  of   15  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**   $ 23,170.12

**Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Cosner, Daniel Lee and Krista Lee Cosner_ ,                    Case No. _____
                    **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   AG020<br>Creditor # : 29<br>ECS Mid-Atlantic, LLC<br>14026 Thunderbolt Place<br>Suite 100<br>Chantilly  VA 20151 | | | 10/6/09-11/10/09<br>NOTICE PURPOSES ONLY<br>$3160.50 debt of Cosner Excavating, Inc. | | | X | $ 0.00 |
| Account No:   5157<br>Creditor # : 30<br>Edwards & Sons, Inc.<br>6541 Edwards Lane<br>Port Republic  VA 24471 | | | 7/11/09<br>NOTICE PURPOSES ONLY<br>$6826.44 debt of Cosner Excavating, Inc. | | | X | $ 0.00 |
| Account No:   708230600<br>Creditor # : 31<br>Employers Preferred Ins. Co.<br>PO Box 863525<br>Orlando FL 32886-3525 | | | 10/19/09<br>NOTICE PURPOSES ONLY<br>$4652.50 debt of Cosner Excavating, Inc. | | | X | $ 0.00 |
| Account No:   7824<br>Creditor # : 32<br>Engineering Solutions & Constr<br>1010 North Main Street<br>Harrisonburg  VA 22802 | | | 5/18/10<br>NOTICE PURPOSES ONLY<br>$1009.62 debt of Cosner Excavating, Inc. | | | X | $ 0.00 |
| Account No:   Cosner Excavating<br>Creditor # : 33<br>F & M Erosion Controls<br>225 Bush Drive<br>Winchester  VA 22602 | | | 9/15/09<br>NOTICE PURPOSES ONLY<br>$1826.25 debt of Cosner Excavating, Inc. | | | X | $ 0.00 |
| Account No:<br>Creditor # : 34<br>Farm Service Agency<br>P. O. Box 70<br>70 Dick Huff Lane<br>Verona VA 24482-0070 | J | | 2005, 2008<br>Guaranty<br>3 loans to Cosner & Turner Farms LLC | | X | | $ 236,495.20 |

Sheet No.   5   of   15   continuation sheets attached to Schedule of                    **Subtotal $**    $ 236,495.20

Creditors Holding Unsecured Nonpriority Claims                                            **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re *Cosner, Daniel Lee and Krista Lee Cosner* ,                Case No. _____

**Debtor(s)**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *3 notes* <br> *Creditor # : 35* <br> *Farmers and Merchants Bank* <br> *PO Box 1111* <br> *Timberville VA 22853* | | J | *2008, 2009* <br> *NOTICE PURPOSES ONLY* <br> *Debt, if any, owing by Cosner Excavating, Inc.* | | | X | *$ 0.00* |
| Account No: *67672* <br> *Creditor # : 36* <br> *Ferguson Enterprises, Inc.* <br> *505 Garrett Street* <br> *Charlottesville  VA 22902-5693* | | W | *9/28/09-4/30/10* <br> *open account* <br> *Debt of Cosner Excavating, Inc.* | | | | *$ 2,782.70* |
| Account No: *52948 / 54638* <br> *Creditor # : 37* <br> *Financial Federal Credit* <br> *PO Box 201478* <br> *Houston  TX 77216-1478* | | | *2/8/10-8/12/10* <br> *NOTICE PURPOSES ONLY* <br> *$75,456.01 debt of Cosner Excavating, Inc.* | | | X | *$ 0.00* |
| Account No: *WCA 0121182-11* <br> *Creditor # : 38* <br> *Firemen's Insurance Co. of Was* <br> *PO Box 580458* <br> *Charlotte NC 28258-0458* | | | *8/10/10* <br> *NOTICE PURPOSES ONLY* <br> *$4709.81 debt of Cosner Excavating, Inc.* | | | X | *$ 0.00* |
| Account No: <br> *Creditor # : 39* <br> *First Bank and Trust Company* <br> *1880 E. Market St.* <br> *Harrisonburg VA 22801* | | J | *NOTICE PURPOSES ONLY* <br> *Debt, if any, of Cosner & Turner Farms LLC* | | | X | *$ 0.00* |
| Account No: *236* <br> *Creditor # : 40* <br> *Golden Rule Services* <br> *PO Box 207* <br> *Grottoes  VA 24441* | | | *9/21/09* <br> *NOTICE PURPOSES ONLY* <br> *$3350.00 debt of Cosner Excavating, Inc.* | | | X | *$ 0.00* |

Sheet No.  *6*  of  *15* continuation sheets attached to Schedule of

Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**   *$ 2,782.70*

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Cosner, Daniel Lee and Krista Lee Cosner_                 ,          Case No. _____
                  **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   12264<br><br>Creditor # : 41<br>Green Earth, LLC<br>PO Box 1347<br>Harrisonburg  VA 22803-1347 | | | 6/1/10-9/1/10<br>NOTICE PURPOSES ONLY<br>$408.11 debt of Cosner Excavating, Inc. | | | X | $ 0.00 |
| Account No:<br><br>Creditor # : 42<br>H & E Equipment Servcies, Inc.<br>1301 Rockland Avenue NW<br>Roanoke VA 24012 | | H | NOTICE PURPOSES ONLY<br>Debt, if any, owing by Cosner Excavating, Inc. | | | X | $ 0.00 |
| Account No:   8966560<br><br>Creditor # : 43<br>Highway Motors, Inc.<br>5307 Peters Creek Road<br>Roanoke VA 24019 | | | 7/21/09-11/30/09<br>NOTICE PURPOSES ONLY<br>$575.86 debt of Cosner Excavating, Inc. | | | X | $ 0.00 |
| Account No:   25361-000H<br><br>Creditor # : 44<br>Hoover Penrod, PLC<br>342 South Main Street<br>Harrisonburg  VA 22801 | | | 3/17/10-6/25/10<br>NOTICE PURPOSES ONLY<br>$2214.90 debt of Cosner Excavating, Inc. | | | X | $ 0.00 |
| Account No:   470<br><br>Creditor # : 45<br>Interstate Batteries of Shenan<br>51A Burgess Road<br>Harrisonburg  VA 22801 | | | 8/2/10<br>NOTICE PURPOSES ONLY<br>$11.25 debt of Cosner Excavating, Inc. | | | X | $ 0.00 |
| Account No:   6804743<br><br>Creditor # : 46<br>James River Equipment-Fishersv<br>98 Expo Road<br>Fishersville  VA 22939 | | | 8/26/09-12/28/09<br>NOTICE PURPOSES ONLY<br>$50,258.27 debt of Cosner Excavating, Inc. | | | X | $ 0.00 |

Sheet No.   **7**   of   **15** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                                  $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Cosner, Daniel Lee and Krista Lee Cosner_       ,       Case No. _____
                              **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **3658297** <br> Creditor # : 47 <br> JC Penney <br> c/o Zwicker & Associates <br> 80 Minuteman Road <br> Andover MA 01810-1031 | | W | 10/9/09-present <br> CREDIT ACCOUNT | | | | $ 879.41 |
| Account No: **6560** <br> Creditor # : 48 <br> Joe Bowman Auto Plaza <br> PO Box 312 <br> Harrisonburg VA 22801 | | | 1/15/10-9/24/10 <br> NOTICE PURPOSES ONLY <br> $406.49 debt of Cosner Excavating, Inc. | | | X | $ 0.00 |
| Account No: **510000336826 / 65 / 72 /** <br> Creditor # : 49 <br> John Deere Credit <br> PO Box 4450 <br> Carol Stream IL 60197-4450 | | | 1/22/10-6/12/10 <br> NOTICE PURPOSES ONLY <br> $35,302.02 debt of Cosner Excavating, Inc. | | | X | $ 0.00 |
| Account No: **Cosner Excavating** <br> Creditor # : 50 <br> KD Bookkeeping <br> 11741 Mt. Valley Road <br> Harrisonburg VA 22802 | | | 9/1/09-1/1/10 <br> NOTICE PURPOSES ONLY <br> $2160.00 debt of Cosner Excavating, Inc. | | | X | $ 0.00 |
| Account No: **413173121** <br> Creditor # : 51 <br> Kohl's <br> c/o Zwicker & Associates <br> 80 Minuteman Road <br> Andover MA 01810-1031 | | W | 10/9/09-present <br> CREDIT ACCOUNT | | | | $ 1,858.16 |
| Account No: **Cosner Excavating** <br> Creditor # : 52 <br> Lantz Construction Company <br> PO Box 515 <br> Broadway VA 22815 | | | 11/16/09-4/30/10 <br> NOTICE PURPOSES ONLY <br> $2893.60 debt of Cosner Excavating, Inc. | | | X | $ 0.00 |

Sheet No. __8__ of __15__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**       $ 2,737.57

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Cosner, Daniel Lee and Krista Lee Cosner_ ,   Case No._____
**Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **COSNE001**<br>**Creditor # : 53**<br>**Lawrence Equipment**<br>**PO Box 7667**<br>**Roanoke VA 24019** | | | **2/15/10-5/31/10**<br>**NOTICE PURPOSES ONLY**<br>**$719.46 debt of Cosner Excavating, Inc.** | | | X | **$ 0.00** |
| Account No: **6080**<br>**Creditor # : 54**<br>**Litten & Sipe L.L.P.**<br>**410 Neff Avenue**<br>**Harrisonburg  VA  22801** | | | **10/31/08-2/28/10**<br>**NOTICE PURPOSES ONLY**<br>**$9993.61 debt of Cosner Excavating, Inc.** | | | X | **$ 0.00** |
| Account No: **831 3147 031034 8**<br>**Creditor # : 55**<br>**Lowe's Business Account**<br>**PO Box 530970**<br>**Atlanta  GA 30353-0970** | | | **8/2/10**<br>**NOTICE PURPOSES ONLY**<br>**$1389.96 debt of Cosner Excavating, Inc.** | | | X | **$ 0.00** |
| Account No: **101373-01**<br>**Creditor # : 56**<br>**Motion Industries**<br>**PO Box 404130**<br>**Atlanta  GA 30384** | | | **8/2/10**<br>**NOTICE PURPOSES ONLY**<br>**$1267.25 debt of Cosner Excavating, Inc.** | | | X | **$ 0.00** |
| Account No: **50020**<br>**Creditor # : 57**<br>**Office Products, Inc.**<br>**4011 South Main Street**<br>**Harrisonburg  VA 22801** | | | **3/2/10**<br>**NOTICE PURPOSES ONLY**<br>**$158.29 debt of Cosner Excavating, Inc.** | | | X | **$ 0.00** |
| Account No: **394289**<br>**Creditor # : 58**<br>**Quarles Energy Services**<br>**PO Box 7508**<br>**Fredericksburg VA 22404-7508** | | | **1/11/10-4/1/10**<br>**NOTICE PURPOSES ONLY**<br>**$6793.78 debt of Cosner Excavating, Inc.** | | | X | **$ 0.00** |

Sheet No. **9** of **15** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**  **$ 0.00**

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Cosner, Daniel Lee and Krista Lee Cosner_ ,          Case No._____
**Debtor(s)**                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **394289** <br><br> *Representing:* <br> *Quarles Energy Services* | | | *Ferris, B. Wafle, Jr., Esq.* <br> *307 Lafayette Blvd, Suite 106* <br> *Fredericksburg VA 22401* | | | | |
| Account No: **919511** <br> *Creditor # : 59* <br> *Quarles Fuel Network* <br> *1701 Fall Hill Avenue* <br> *Fredericksburg VA 22401* | | | *3/31/10-5/12/10* <br> *NOTICE PURPOSES ONLY* <br> *$28,092.22 debt of Cosner Excavating, Inc.* | | | X | *$ 0.00* |
| Account No: **25060** <br> *Creditor # : 60* <br> *R.S. Monger & Sons, Inc.* <br> *265 Chesapeake Drive* <br> *Harrisonburg  VA 22801* | | | *2/25/10-9/25/10* <br> *NOTICE PURPOSES ONLY* <br> *$727.83 debt of Cosner Excavating, Inc.* | | | X | *$ 0.00* |
| Account No: **180** <br> *Creditor # : 61* <br> *Randy's Do It Best Hardware* <br> *PO Box 1122* <br> *Timberville  VA 22853* | | | *10/31/09-9/30/10* <br> *NOTICE PURPOSES ONLY* <br> *$2481.86 debt of Cosner Excavating, Inc.* | | | X | *$ 0.00* |
| Account No: **315318** <br> *Creditor # : 62* <br> *Rockingham Cooperative* <br> *101 W Grace Street* <br> *Harrisonburg  VA 22801* | | | *2/28/10-8/31/10* <br> *NOTICE PURPOSES ONLY* <br> *$553.74 debt of Cosner Excavating, Inc.* | | | X | *$ 0.00* |
| Account No: **379709/48035** <br> *Creditor # : 63* <br> *Rockingham County* <br> *PO Box 471* <br> *Harrisonburg  VA 22803* | | | *2008-2010* <br> *NOTICE PURPOSES ONLY* <br> *$31,083.85 PP and RE Taxes owing by Cosner Excavating, Inc.* | | | X | *$ 0.00* |

Sheet No. _10_ of _15_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**          *$ 0.00*

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Cosner, Daniel Lee and Krista Lee Cosner_ ,                    Case No._____
                                **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   415065 <br><br>Creditor # : 64 <br>Rockingham Petro Coop Inc. <br>981 North Liberty Street <br>Harrisonburg  VA 22803-0168 | | 1/20/10-9/20/10 <br>NOTICE PURPOSES ONLY <br>$18,495.00 debt of Cosner Excavating, Inc. | | | X | $ 0.00 |
| Account No:   224-895-392 <br><br>Creditor # : 65 <br>Selective Insurance Company of <br>Box 371468 <br>Pittsburgh PA 15250-7468 | | 3/1/10 <br>NOTICE PURPOSES ONLY <br>$5654.73 debt of Cosner Excavating, Inc. | | | X | $ 0.00 |
| Account No:   41093 <br><br>Creditor # : 66 <br>Standard Parts <br>75 Remittance Drive #1223 <br>Chicago IL 60675-1223 | | 8/21/09-12/3/09 <br>NOTICE PURPOSES ONLY <br>$6122.58 debt of Cosner Excavating, Inc. | | | X | $ 0.00 |
| Account No: <br><br>Creditor # : 67 <br>Stellar One <br>390 University Blvd. <br>Harrisonburg VA 22801 | J | NOTICE PURPOSES ONLY <br>$32,005.81 debt of Cosner & Turner Farms LLC | | | X | $ 0.00 |
| Account No:   5805/5870 <br><br>Creditor # : 68 <br>T & M Excavating, L.L.C. <br>PO Box 1018 <br>Harrisonburg  VA 22801 | | 8/10/09-4/28/10 <br>NOTICE PURPOSES ONLY <br>$1590.00 debt of Cosner Excavating, Inc. | | | X | $ 0.00 |
| Account No:   4421 <br><br>Creditor # : 69 <br>T.M. Dellinger Trucking, Inc. <br>1326 Front Royal Road <br>Strasburg VA 22657 | | 1/1/10 <br>NOTICE PURPOSES ONLY <br>$625.00 debt of Cosner Excavating, Inc. | | | X | $ 0.00 |

Sheet No.  11  of    15  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**       $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Cosner, Daniel Lee and Krista Lee Cosner_ ,          Case No. _____
                    **Debtor(s)**                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   *3677492*<br>*Creditor # : 70*<br>*Target VISA*<br>*c/o Zwicker & Associates*<br>*80 Minuteman Road*<br>*Andover MA 01810-1031* | | W | *10/9/09-present*<br>*CREDIT ACCOUNT* | | | | *$ 7,687.56* |
| Account No:   *3677492*<br>*Representing:*<br>*Target VISA* | | | *Target*<br>*P. O. Box 59317*<br>*Minneapolis MN 55459-0317* | | | | |
| Account No:   *3016*<br>*Creditor # : 71*<br>*The Frazier Quarry Incorporate*<br>*PO Box 588*<br>*Harrisonburg  VA 22803* | | | *6/1/10-9/1/10*<br>*NOTICE PURPOSES ONLY*<br>*$2531.90 debt of Cosner Excavating, Inc.* | | | X | *$ 0.00* |
| Account No:   *Cosner Excavating*<br>*Creditor # : 72*<br>*Top Bead Welding Service, Inc.*<br>*190 Fifth Street*<br>*Broadway  VA 22815* | | | *3/4/08-4/13/10*<br>*NOTICE PURPOSES ONLY*<br>*$15,747.92 debt of Cosner Excavating, Inc.* | | | X | *$ 0.00* |
| Account No:   *2625*<br>*Creditor # : 73*<br>*Town of Broadway*<br>*PO Box 156*<br>*Broadway  VA 22815* | | | *9/1/10*<br>*NOTICE PURPOSES ONLY*<br>*$26.48 debt of Cosner Excavating, Inc.* | | | X | *$ 0.00* |
| Account No:   *Cosner Excavating*<br>*Creditor # : 74*<br>*Trans Tech Auto, Inc.*<br>*419 Trumbo Ct.*<br>*Broadway  VA 22815* | | | *8/30/10-7/9/10*<br>*NOTICE PURPOSES ONLY*<br>*$3,910.53 debt of Cosner Excavating, Inc.* | | | X | *$ 0.00* |

Sheet No. _12_ of _15_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**     *$ 7,687.56*

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

**B6F (Official Form 6F) (12/07)   - Cont.**

In re _Cosner, Daniel Lee and Krista Lee Cosner_ ,      Case No._____

_____**Debtor(s)**_____                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **15592** <br> **Creditor # : 75** <br> **Treasurer, Rockingham County** <br> **PO Box 471** <br> **Harrisonburg  VA 22803-0471** | | | **7/6/09-9/8/10** <br> **NOTICE PURPOSES ONLY** <br> **$169.08 debt of Cosner Excavating, Inc.** | | | X | **$ 0.00** |
| Account No: **2285** <br> **Creditor # : 76** <br> **Truck & Equipment Corporation** <br> **PO Box 2520** <br> **3640 South Main Street** <br> **Harrisonburg  VA 22801-0049** | | | **1/6/10-9/30/10** <br> **NOTICE PURPOSES ONLY** <br> **$1,109.11 debt of Cosner Excavating, Inc.** | | | X | **$ 0.00** |
| Account No: **17417** <br> **Creditor # : 77** <br> **Truck Enterprises, Inc.** <br> **3440 South Main Street** <br> **Harrisonburg  VA 22801** | | | **2/12/10-7/31/10** <br> **NOTICE PURPOSES ONLY** <br> **$972.68 debt of Cosner Excavating, Inc.** | | | X | **$ 0.00** |
| Account No: <br> **Creditor # : 78** <br> **United Bank** <br> **Successor Rockingham Heritage** <br> **361 S. Main Street** <br> **Broadway VA 22815** | J | | **2005, 2006** <br> **Guaranty** <br> **2 Loans to Cosner & Turner Farms LLC** | X | | | **$ 389,328.79** |
| Account No: **12030** <br> **Creditor # : 79** <br> **Valley Construction News** <br> **PO Box 791** <br> **Roanoke VA 24004** | | | **7/21/09** <br> **NOTICE PURPOSES ONLY** <br> **$655.00 debt of Cosner Excavating, Inc.** | | | X | **$ 0.00** |
| Account No: **1026** <br> **Creditor # : 80** <br> **Valley Core Drilling, Inc.** <br> **9138 Rocky Ford Road** <br> **Moneta VA 24121** | | | **3/2/10** <br> **NOTICE PURPOSES ONLY** <br> **$500.00 debt of Cosner Excavating, Inc.** | | | X | **$ 0.00** |

Sheet No. **13** of **15** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**      **$ 389,328.79**

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re **Cosner, Daniel Lee and Krista Lee Cosner** ,          Case No._____
                        **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br><br> Creditor # : 81 <br> Valley Group, Inc. <br> fka Valley Crane & Rigging,Inc <br> P. O. Box 359 <br> Fishersville VA 22939 | | J | 1/28/10 <br> NOTICE PURPOSES ONLY <br> $1325.00 debt of Coxner Excavating, Inc. - suit pending | | | X | $ 0.00 |
| Account No:  14099 <br><br> Creditor # : 82 <br> Valley Implement Sales <br> PO Box 7 <br> Harrisonburg  VA 22803 | | | 12/31/09-5/30/10 <br> NOTICE PURPOSES ONLY <br> $2713.68 debt of Cosner Excavating, Inc. | | | X | $ 0.00 |
| Account No:  2324083 <br><br> Creditor # : 83 <br> Vector Security <br> PO Box 89462 <br> Cleveland OH 44101-6462 | | | 7/19/10-9/26/10 <br> NOTICE PURPOSES ONLY <br> $271.98 debt of Cosner Excavating, Inc. | | | X | $ 0.00 |
| Account No:  3.21012E+13 <br><br> Creditor # : 84 <br> Verizon Wireless <br> PO Box 25505 <br> Lehigh Valley  PA 18002-5505 | | | 9/3/10 <br> NOTICE PURPOSES ONLY <br> $666.35 debt of Cosner Excavating, Inc. | | | X | $ 0.00 |
| Account No:  566880 <br><br> Creditor # : 85 <br> Vernon Co. <br> c/o R.M.S. (Collector) <br> 4836 Brecksville Rd <br> Richfield OH 44286 | | | 2/2/10 <br> NOTICE PURPOSES ONLY <br> $560.70 debt of Cosner Excavating, Inc. | | | X | $ 0.00 |
| Account No:  266276393 <br><br> Creditor # : 86 <br> Victoria's Secret <br> c/o W.F.N.N.B. <br> 3100 Easton Square Place <br> Columbus OH 43219 | | W | 10/9/09-present <br> CREDIT ACCOUNT | | | | $ 1,127.89 |

Sheet No.  **14**  of  **15**  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                                              $ 1,127.89

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Cosner, Daniel Lee and Krista Lee Cosner_ , Case No._____
**Debtor(s)** **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 266276393 *Representing:* *Victoria's Secret* | | | *Victoria's Secret* *P. O. Box 182128* *Columbus OH 43218-2128* | | | | |
| Account No: 101913 *Creditor # : 87* *Wegley Higginbotham & Associat* *4010 University Drive* *Suite 300* *Fairfax VA 22030* | | | *8/31/09* *NOTICE PURPOSES ONLY* *$1800.00 debt of Cosner Excavating, Inc.* | | | X | *$ 0.00* |
| Account No: 002-0532758-700 *Creditor # : 88* *Wells Fargo Equipment Finance,* *PO Box 1450* *Minneapolis MN 55485-5934* | | H | *10/21/09* *NOTICE PURPOSES ONLY* *$77,019.10 debt of Cosner Excavating, Inc. - equpment repo'd* | | | | *$ 0.00* |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _15_ of _15_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** | *$ 0.00* |
| **Total $** (Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related | *$ 669,785.16* |

**B6G (Official Form 6G) (12/07)**

In re **Cosner, Daniel Lee and Krista Lee Cosner** _____ / Debtor     Case No. _____
                                                                                                      (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒  Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
|  |  |

Page ___1___ of ___1___

**B6H (Official Form 6H) (12/07)**

In re *Cosner, Daniel Lee and Krista Lee Cosner*                    / Debtor         Case No. _____

                                                                                                                            (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re *Cosner, Daniel Lee and Krista Lee Cosner*                    ,     Case No. _____

**Debtor(s)**                                                                    **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
| --- | --- | --- |
| | RELATIONSHIP(S): | AGE(S): |
| *Married* | *DAUGHTER* | *7 yrs* |

| EMPLOYMENT: | DEBTOR | SPOUSE |
| --- | --- | --- |
| Occupation | *Tow/Recovery Driver* | *Secretary* |
| Name of Employer | *Trans Tech Auto Inc.* | *Davenport Insulation* |
| How Long Employed | *3 months* | *3 months* |
| Address of Employer | *419 Trumbo Court* *Broadway VA  22815* | *6471 South Valley Pike* *Mount Crawford VA  22841* |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
| --- | --- | --- |
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ *4,000.00* | $ *1,225.47* |
| 2. Estimate monthly overtime | $ *0.00* | $ *0.00* |
| 3. SUBTOTAL | $ *4,000.00* | $ *1,225.47* |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ *1,166.00* | $ *162.68* |
| b. Insurance | $ *0.00* | $ *403.91* |
| c. Union dues | $ *0.00* | $ *0.00* |
| d. Other  (Specify): | $ *0.00* | $ *0.00* |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ *1,166.00* | $ *566.59* |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ *2,834.00* | $ *658.88* |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ *0.00* | $ *0.00* |
| 8. Income from real property | $ *0.00* | $ *0.00* |
| 9. Interest and dividends | $ *0.00* | $ *0.00* |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ *0.00* | $ *0.00* |
| 11. Social security or government assistance (Specify): | $ *0.00* | $ *0.00* |
| 12. Pension or retirement income | $ *0.00* | $ *0.00* |
| 13. Other monthly income (Specify): | $ *0.00* | $ *0.00* |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ *0.00* | $ *0.00* |
| 15. AVERAGE MONTHLY INCOME     (Add amounts shown on lines 6 and 14) | $ *2,834.00* | $ *658.88* |
| 16. COMBINED AVERAGE MONTHLY INCOME:   (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ *3,492.88* | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

Page No. *1* of *1*

**B6J(Official Form 6J)(12/07)**

In re *Cosner, Daniel Lee and Krista Lee Cosner*                                    ,        Case No. _____
                              **Debtor(s)**                                                                      **(if known)**

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

      Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ *1,000.00* |
|   a. Are real estate taxes included?  Yes ☐  No ☒ | | |
|   b. Is property insurance included?  Yes ☐  No ☒ | | |
| 2. Utilities: a. Electricity and heating fuel | | $ *150.00* |
|    b. Water and sewer | | $ *0.00* |
|    c. Telephone | | $ *200.00* |
|    d. Other  *Internet Service* | | $ *50.00* |
|     Other | | $ *0.00* |
| 3. Home maintenance (repairs and upkeep) | | $ *0.00* |
| 4. Food | | $ *300.00* |
| 5. Clothing | | $ *100.00* |
| 6. Laundry and dry cleaning | | $ *0.00* |
| 7. Medical and dental expenses | | $ *10.00* |
| 8. Transportation (not including car payments) | | $ *215.00* |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ *0.00* |
| 10. Charitable contributions | | $ *0.00* |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | | $ *85.00* |
|    b. Life | | $ *0.00* |
|    c. Health | | $ *0.00* |
|    d. Auto | | $ *89.00* |
|    e. Other | | $ *0.00* |
|     Other | | $ *0.00* |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify)  *Personal Property Taxes* | | $ *25.00* |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | | $ *0.00* |
|    b. Other: *IRS;VDT;VEC-corp fiduciary tax* | | $ *817.88* |
|    c. Other: | | $ *0.00* |
| 14. Alimony, maintenance, and support paid to others | | $ *306.00* |
| 15. Payments for support of additional dependents not living at your home | | $ *0.00* |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ *0.00* |
| 17. Other: *Boys&Girls Club-Daughter* | | $ *145.00* |
|    Other: | | $ *0.00* |
| | | *0.00* |
| 18. AVERAGE MONTHLY EXPENSES Total lines 1-17. Report also on Summary of Schedules | | $ *3,492.88* |
|   and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: | | |
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|   a. Average monthly income from Line 16 of Schedule I | | $ *3,492.88* |
|   b. Average monthly expenses from Line 18 above | | $ *3,492.88* |
|   c. Monthly net income (a. minus b.) | | $ *0.00* |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
## WESTERN DIVISION

In re *Cosner, Daniel Lee and Krista Lee Cosner*

Case No.

Chapter  **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $ *548,400.00* | | |
| B-Personal Property | *Yes* | *3* | $ *316,563.75* | | |
| C-Property Claimed as Exempt | *Yes* | *2* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *2* | | $ *624,345.01* | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *3* | | $ *258,744.38* | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *16* | | $ *669,785.16* | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $ *3,492.88* |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $ *3,492.88* |
| TOTAL | | *31* | $ *864,963.75* | $ *1,552,874.55* | |

**B6 Summary (Official Form 6 - Summary) (12/07)**

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
## WESTERN DIVISION

In re *Cosner, Daniel Lee and Krista Lee Cosner*            Case No. _____

Chapter   **7**

_____ / Debtor

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re *Cosner, Daniel Lee and Krista Lee Cosner*  Case No. _____
                        Debtor                                                                   (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    _32_    sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date:  *11/18/2010*                  Signature  */s/ Cosner, Daniel Lee*
                                                              *Cosner, Daniel Lee*

Date:  *11/18/2010*                  Signature  */s/ Krista Lee Cosner*
                                                              *Krista Lee Cosner*

[If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
## WESTERN DIVISION

In re *Cosner, Daniel Lee*
    *and*
*Krista Lee Cosner*

Case No.
Chapter **7**

_____ / Debtor

Attorney for Debtor: **W. Stephen Scott**

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____*3,500.00*____
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____*3,500.00*____
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $_____*0.00*____

3.  $_____*299.00*_____ of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
    *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
    *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
    *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
    *None*

Dated: *11/18/2010*              Respectfully submitted,

                    X */s/ W. Stephen Scott* _____
        Attorney for Petitioner: *W. Stephen Scott*
                    *Scott | Kroner, PLC.*
                    *P.O. Box 2737*
                    *418 East Water Street*
                    *Charlottesville VA  22902*
                    *434-296-2161*
                    *wscott@scottkroner.com*

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA
# WESTERN DIVISION

In re *Cosner, Daniel Lee*
*and*
*Krista Lee Cosner*

Case No.
Chapter **7**

_____ / Debtor

Attorney for Debtor:  *W. Stephen Scott*

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: _____

*/s/ Cosner, Daniel Lee* _____
Debtor

*/s/ Krista Lee Cosner* _____
Joint Debtor

A & B KEARNS TRUCKING & STONE
16381 BRANDY ROAD
CULPEPER   VA   22701-4636

BROADWAY METAL WORKS   INC
11314 HARPINE HIGHWAY
BROADWAY   VA   22815-0125

CHECK MATE SERVICE LINE
PO BOX 41582
PROVIDENCE   RI   2940

A & J DEVELOPMENT AND EXCAVATI
831 COTTONTAIL TRAIL
MT  CRAWFORD  VA  22841

C S  MUNDY QUARRIES
PO BOX 126
BROADWAY   VA   22815

CLINE ASSOCIATES   INC
PO BOX 99
WEYERS CAVE   VA   24486

AMERICAN EXPRESS
C/O NCO FINANCIAL SYSTEMS   INC
507 PRUDENTIAL ROAD
HORSHAM  PA  19044-2308

CANADA CONTRACTING COMPANY   IN
PO BOX 889
SANDSTON  VA   23150

COMMUNITY BANK
38 N  CENTRAL AVE
PO BOX 1209
STAUNTON   VA   24401-1209

AMERICAST
210 STONE SPRING ROAD
HARRISONBURG  VA  22801

CAPITAL ONE
C/O GLASSER AND GLASSER  PLC
P  O  BOX 3400
NORFOLK  VA  23514

COSNER CONCRETE  LLC
PO BOX 609
BROADWAY   VA   22815

APPALACHIAN EQUIPMENT
600 N  MAIN STREET
HARRISONBURG  VA  22801

CAPITAL ONE BANK (USA)  N A
PO BOX 6492
CAROL STREAM   IL   60197-6492

COUNTY OF ROCKINGHAM
PO BOX 471
HARRISONBURG  VA  22803

ATKINS AUTOMOTIVE CORPORATION
PO BOX 194
BROADWAY  VA   22815

CAPITAL ONE PLATINUMMASTERCARD
ATTN  GENERAL CORRESPONDENCE
P  O  BOX 30285
SALT LAKE CITY  UT  84130-0285

DEAN STEEL ERECTION CO INC
PO BOX 1164
HARRISONBURG   VA   22803

ATLANTIC LASER SUPPLY
1226 EXECUTIVE BLVD
CHESAPEAKE  VA  23320

CARROLL CONSTRUCTION  CO
283 EBERT ROAD
WINCHESTER   VA   22603

DOMINION POWER
PO BOX 27503
RICHMOND   VA   23261

BELK
C/O LEADING EDGE RECOVERY SOL
5440 N CUMBERLAND AVE  STE 300
CHICAGO  IL  60656-1490

CARTER MACHINERY CO  INC
PO BOX 751053
CHARLOTTE   NC  28275-1053

DOMINION VIRGINIA POWER
PO BOX 26543
RICHMOND   VA   23290-0001

BERGEY'S
462 HARLEYSVILLE PIKE
SOUDERTON   VA   18964

CATERPILLAR FINANCIAL SERVICES
PO BOX 13834
NEWARK   NJ   71880834

ECS MID-ATLANTIC  LLC
14026 THUNDERBOLT PLACE
SUITE 100
CHANTILLY   VA   20151

BILL GOOD
14110 KAY DRIVE
TIMBERVILLE  VA  22853

CEDAR MOUNTAIN STONE
2105 SOUTH BROADWAY
PINE CITY   NY   14871

EDWARDS & SONS  INC
6541 EDWARDS LANE
PORT REPUBLIC   VA   24471

EMPLOYERS PREFERRED INS  CO
PO BOX 863525
ORLANDO  FL  32886-3525

GOLDEN RULE SERVICES
PO BOX 207
GROTTOES   VA  24441

JOHN DEERE CREDIT
PO BOX 4450
CAROL STREAM   IL  60197-4450

ENGINEERING SOLUTIONS & CONSTR
1010 NORTH MAIN STREET
HARRISONBURG   VA  22802

GREEN EARTH  LLC
PO BOX 1347
HARRISONBURG   VA  22803-1347

KD BOOKKEEPING
11741 MT  VALLEY ROAD
HARRISONBURG   VA  22802

F & M EROSION CONTROLS
225 BUSH DRIVE
WINCHESTER   VA  22602

H & E EQUIPMENT SERVCIES  INC
1301 ROCKLAND AVENUE NW
ROANOKE  VA  24012

KOHL'S
C/O ZWICKER & ASSOCIATES
80 MINUTEMAN ROAD
ANDOVER  MA  01810-1031

FARM SERVICE AGENCY
P  O  BOX 70
70 DICK HUFF LANE
VERONA  VA  24482-0070

HIGHWAY MOTORS  INC
5307 PETERS CREEK ROAD
ROANOKE  VA  24019

LANTZ CONSTRUCTION COMPANY
PO BOX 515
BROADWAY   VA  22815

FARMERS AND MERCHANTS BANK
PO BOX 1111
TIMBERVILLE  VA  22853

HOOVER PENROD  PLC
342 SOUTH MAIN STREET
HARRISONBURG   VA  22801

LAWRENCE EQUIPMENT
PO BOX 7667
ROANOKE  VA  24019

FERGUSON ENTERPRISES  INC
505 GARRETT STREET
CHARLOTTESVILLE   VA  22902-56

INTERNAL REVENUE SERVICE
ATTN  SALLY A  SCHALL
401 E  MARKET STREET  STE 204
CHARLOTTESVILLE  VA  22902-526

LITTEN & SIPE L L P
410 NEFF AVENUE
HARRISONBURG   VA   22801

FERRIS  B  WAFLE  JR   ESQ
307 LAFAYETTE BLVD  SUITE 106
FREDERICKSBURG  VA  22401

INTERSTATE BATTERIES OF SHENAN
51A BURGESS ROAD
HARRISONBURG   VA  22801

LOWE'S BUSINESS ACCOUNT
PO BOX 530970
ATLANTA   GA  30353-0970

FINANCIAL FEDERAL CREDIT
PO BOX 201478
HOUSTON   TX  77216-1478

JAMES RIVER EQUIPMENT-FISHERSV
98 EXPO ROAD
FISHERSVILLE   VA  22939

MOTION INDUSTRIES
PO BOX 404130
ATLANTA   GA  30384

FIREMEN'S INSURANCE CO  OF WAS
PO BOX 580458
CHARLOTTE  NC  28258-0458

JC PENNEY
C/O ZWICKER & ASSOCIATES
80 MINUTEMAN ROAD
ANDOVER  MA  01810-1031

OFFICE PRODUCTS  INC
4011 SOUTH MAIN STREET
HARRISONBURG   VA  22801

FIRST BANK AND TRUST COMPANY
1880 E  MARKET ST
HARRISONBURG  VA  22801

JOE BOWMAN AUTO PLAZA
PO BOX 312
HARRISONBURG   VA  22801

QUARLES ENERGY SERVICES
PO BOX 7508
FREDERICKSBURG  VA  22404-7508

QUARLES FUEL NETWORK
1701 FALL HILL AVENUE
FREDERICKSBURG VA  22401

T & M EXCAVATING  L L C
PO BOX 1018
HARRISONBURG   VA  22801

TRUCK ENTERPRISES  INC
3440 SOUTH MAIN STREET
HARRISONBURG  VA  22801

R S  MONGER & SONS  INC
265 CHESAPEAKE DRIVE
HARRISONBURG   VA  22801

T M  DELLINGER TRUCKING   INC
1326 FRONT ROYAL ROAD
STRASBURG  VA  22657

UNITED BANK
SUCCESSOR ROCKINGHAM HERITAGE
361 S  MAIN STREET
BROADWAY  VA  22815

RANDY'S DO IT BEST HARDWARE
PO BOX 1122
TIMBERVILLE   VA  22853

TARGET
P  O  BOX 59317
MINNEAPOLIS  MN  55459-0317

UNITED BANK
1447 NORTH FREDERICK PIKE
WINCHESTER  VA  22603

ROCKINGHAM COOPERATIVE
101 W GRACE STREET
HARRISONBURG   VA  22801

TARGET VISA
C/O ZWICKER & ASSOCIATES
80 MINUTEMAN ROAD
ANDOVER  MA  01810-1031

VALLEY CONSTRUCTION NEWS
PO BOX 791
ROANOKE VA  24004

ROCKINGHAM COUNTY
PO BOX 471
HARRISONBURG  VA  22803

THE FRAZIER QUARRY INCORPORATE
PO BOX 588
HARRISONBURG   VA  22803

VALLEY CORE DRILLING  INC
9138 ROCKY FORD ROAD
MONETA VA  24121

ROCKINGHAM COUNTY
PO BOX 471
HARRISONBURG   VA  22803

TOP BEAD WELDING SERVICE  INC
190 FIFTH STREET
BROADWAY   VA  22815

VALLEY GROUP  INC
FKA VALLEY CRANE & RIGGING INC
P  O  BOX 359
FISHERSVILLE  VA  22939

ROCKINGHAM PETRO COOP INC
981 NORTH LIBERTY STREET
HARRISONBURG   VA  22803-0168

TOWN OF BROADWAY
PO BOX 156
BROADWAY   VA  22815

VALLEY IMPLEMENT SALES
PO BOX 7
HARRISONBURG   VA  22803

SELECTIVE INSURANCE COMPANY OF
BOX 371468
PITTSBURGH  PA  15250-7468

TRANS TECH AUTO  INC
419 TRUMBO CT
BROADWAY   VA  22815

VECTOR SECURITY
PO BOX 89462
CLEVELAND  OH  44101-6462

STANDARD PARTS
75 REMITTANCE DRIVE #1223
CHICAGO  IL  60675-1223

TREASURER  ROCKINGHAM COUNTY
PO BOX 471
HARRISONBURG   VA  22803-0471

VERIZON WIRELESS
PO BOX 25505
LEHIGH VALLEY   PA  18002-5505

STELLAR ONE
390 UNIVERSITY BLVD
HARRISONBURG  VA  22801

TRUCK & EQUIPMENT CORPORATION
PO BOX 2520
3640 SOUTH MAIN STREET
HARRISONBURG  VA  22801-0049

VERNON CO
C/O R M S  (COLLECTOR)
4836 BRECKSVILLE RD
RICHFIELD OH  44286

```
VICTORIA'S SECRET
P  O  BOX 182128
COLUMBUS  OH  43218-2128



VICTORIA'S SECRET
C/O W F N N B
3100 EASTON SQUARE PLACE
COLUMBUS  OH  43219



VIRGINIA DEPT  OF TAXATION
ATTN  BRENDA ESTERS
PMB 345 1866 EAST MARKET ST
HARRISONBURG  VA  22801-5111



VIRGINIA EMPLOYMENT COMMISSION
P  O  BOX 27483
RICHMOND  VA  23261-7483



WEGLEY HIGGINBOTHAM & ASSOCIAT
4010 UNIVERSITY DRIVE
SUITE 300
FAIRFAX  VA  22030



WELLS FARGO EQUIPMENT FINANCE
PO BOX 1450
MINNEAPOLIS  MN  55485-5934
```

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts:  (1)  Describes briefly the services available from credit counseling services;  (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described.  Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition.  Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

### 1.  Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis**.  The briefing must be given within 180 days **before** the bankruptcy filing.  The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator.  The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.**  The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

### 2.  The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7:  Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.  Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7.  If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code.  It is up to the court to decide whether the case should be dismissed.
Under chapter 7, you may claim certain of your property as exempt under governing law.  A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are

found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.  Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings.  The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:  Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**